# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2020

## NO. 03-19-00234-CV

**Dr. Damon C. O'Gan, Appellant**

**v.**

**Scott Ogle, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART—
### OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on April 3, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in that portion of the order granting appellant's motion to dismiss appellee's claims of intentional infliction of emotional distress and unjust enrichment, as well as that portion of the order denying appellant's motion to dismiss appellee's claims under the Texas Theft Liability Act. Therefore, the Court affirms those portions of the trial court's interlocutory order. The Court further holds that there was reversible error in that portion of the order denying appellant's request for attorney's fees and costs incurred in defending against appellee's claims of intentional infliction of emotional distress and unjust enrichment. Therefore, the Court reverses that portion of the trial court's interlocutory order and remands the case to the trial court for a

determination of fees and costs to which appellant is entitled.  Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.